**Order entered May 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00384-CV

**FORD MOTOR COMPANY, Appellant**

**V.**

**CASEY JOHNSON, INDIVIDUALLY, AS GUARDIAN OF MAEGEN JOHNSON, NCM, AS HEIR AT LAW TO TRISTEN JOHNSON, DECEASED, AND AS HEIR AT LAW TO MADELEINE JOHNSON, DECEASED, PEARLETTE JOHNSON, INDIVIDUALLY, AND SJON JOHNSON, INDIVIDUALLY, Appellees**

**On Appeal from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-04102**

## ORDER

We **GRANT** appellees' May 15, 2015 unopposed motion for an extension of time to file

a brief. Appellees shall file a brief by **JUNE 2, 2015**. We caution appellees that no further

extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/      ELIZABETH LANG-MIERS
           JUSTICE